

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Blain Rae Kennedy, Appellant

No. 06-23-00156-CR    v.

The State of Texas, Appellee

Appeal from the 123rd District Court of Panola County, Texas (Tr. Ct. No. 2019-C-039).  Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Blain Rae Kennedy, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED APRIL 3, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk